**Anthony T. SIMPSON, Petitioner–Appellant,**

v.

**Tom C. MARTIN; Attorney General of the State of North Carolina, Respondents–Appellees.**

No. 00–6248.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Anthony T. Simpson, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for Appellees.

Before WIDENER and MICHAEL, · Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Anthony T. Simpson seeks to appeal the district court's order denying his motion to reconsider the denial of relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Simpson v. Martin,* No. CA–97–20–3–2–MU (W.D.N.C. Jan. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*